# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 1157

VERSUS

TERRY FLANAGAN

**FEBRUARY 9, 2026**

---

In Re: Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04145.

---

**BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

> MRT
> KEB
> BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.